FILED
CLERK, U.S. DISTRICT COURT
12/22/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>     v.<br><br>KYLE CONLEY,<br><br>            Defendant. | No. 2:20-cr-00625-JAK<br><br>I N F O R M A T I O N<br><br>[21 U.S.C. §§ 963, 952(a),<br>960(a)(1), (b)(3): Attempted<br>Importation of MDMA] |

The United States charges:

[21 U.S.C. §§ 963, 952(a), 960(a)(1), (b)(3)]

Beginning on an unknown date and continuing until on or about October 2, 2019, in Los Angeles County, within the Central District of California, defendant KYLE CONLEY knowingly and intentionally attempted to import into the United States 3,4-

//

//

//

Methylenedioxymethamphetamine ("MDMA" or "ecstasy"), a Schedule I controlled substance.

                                          NICOLA T. HANNA
                                        United States Attorney

                                        BRANDON D. FOX
                                        Assistant United States Attorney
                                        Chief, Criminal Division

                                        SCOTT M. GARRINGER
                                        Assistant United States Attorney
                                        Deputy Chief, Criminal Division

                                        STEVEN R. WELK
                                        Assistant United States Attorney
                                        Chief, Asset Forfeiture Section

                                        DAN G. BOYLE
                                        Assistant United States Attorney
                                        Asset Forfeiture Section