# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**FILED** CLERK, U.S. DISTRICT COURT
12/22/2020
CENTRAL DISTRICT OF CALIFORNIA
BY: JB DEPUTY

[Reset Form]

Case Number: 2:20-cr-00625-JAK
Defendant Number: 1
U.S.A. v. KYLE CONLEY
Year of Birth: 1991
[ ] Indictment   [✓] Information
Investigative agency (FBI, DEA, etc.): HSI

**NOTE: All items MUST be completed. If you do not know the answer or a question is not applicable to your case, enter "N/A."**

## OFFENSE/VENUE

a. Offense charged as a:
[ ] Class A Misdemeanor   [ ] Minor Offense   [ ] Petty Offense
[ ] Class B Misdemeanor   [ ] Class C Misdemeanor   [✓] Felony

b. Date of Offense: September 20, 2019

c. County in which first offense occurred: Los Angeles

d. The crimes charged are alleged to have been committed in (CHECK **ALL** THAT APPLY):
[✓] Los Angeles   [ ] Ventura
[ ] Orange   [ ] Santa Barbara
[ ] Riverside   [ ] San Luis Obispo
[ ] San Bernardino   [ ] Other N/A

Citation of Offense: 21 U.S.C. 963

e. Division in which the MAJORITY of events, acts, or omissions giving rise to the crime or crimes charged occurred:
[ ] Western (Los Angeles, San Luis Obispo, Santa Barbara, Ventura)
[✓] Eastern (Riverside and San Bernardino)   [ ] Southern (Orange)

## RELATED CASE

Has an indictment or information involving this defendant and the same transaction or series of transactions been previously filed and dismissed before trial?
[✓] No   [ ] Yes
If "Yes," Case Number:

Pursuant to General Order 16-05, criminal cases may be related if a previously filed indictment or information and the present case:

a. arise out of the same conspiracy, common scheme, transaction, series of transactions or events; or

b. involve one or more defendants in common, and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

Related case(s), if any (**MUST MATCH NOTICE OF RELATED CASE**):

## PREVIOUSLY FILED COMPLAINT/CVB CITATION

A complaint/CVB citation was previously filed on: N/A
Case Number:
Assigned Judge:
Charging:
The complaint/CVB citation:
[ ] is still pending
[ ] was dismissed on:

## PREVIOUS COUNSEL

Was defendant previously represented?   [ ] No   [✓] Yes
IF YES, provide Name: Peter Sebatian (retained)
Phone Number: (310) 281-2869

## COMPLEX CASE

Are there 8 or more defendants in the Indictment/Information?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

*AN ORIGINAL AND 1 COPY (UNLESS ELECTRONICALLY FILED) OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

## SUPERSEDING INDICTMENT/INFORMATION

**IS THIS A NEW DEFENDANT?**   [✓] Yes   [ ] No
This is the N/A superseding charge (i.e., 1st, 2nd).
The superseding case was previously filed on: N/A
Case Number N/A
The superseded case:
[ ] is still pending before Judge/Magistrate Judge N/A
[ ] was previously dismissed on N/A

Are there 8 or more defendants in the superseding case?
[ ] Yes*   [✓] No

Will more than 12 days be required to present government's evidence in the case-in-chief?
[ ] Yes*   [✓] No

Was a Notice of Complex Case filed on the Indictment or Information?
[ ] Yes   [✓] No

*AN ORIGINAL AND 1 COPY OF THE NOTICE OF COMPLEX CASE MUST BE FILED AT THE TIME THE SUPERSEDING INDICTMENT IS FILED IF EITHER "YES" BOX IS CHECKED.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### CASE SUMMARY

**INTERPRETER**

Is an interpreter required?  ☐ YES  ☑ NO

IF YES, list language and/or dialect: _____

**OTHER**

☑ Male   ☐ Female
☑ U.S. Citizen   ☐ Alien

Alias Name(s) _____

This defendant is charged in:
☑ All counts
☐ Only counts: N/A

☐ This defendant is designated as "High Risk" per 18 USC § 3146(a)(2) by the U.S. Attorney.

☐ This defendant is designated as "Special Case" per 18 USC § 3166(b)(7).

Is defendant a juvenile?  ☐ Yes  ☑ No
IF YES, should matter be sealed?  ☐ Yes  ☑ No

The area(s) of substantive law that will be involved in this case include(s):

☐ financial institution fraud   ☐ public corruption
☐ government fraud   ☐ tax offenses
☐ environmental issues   ☐ mail/wire fraud
☑ narcotics offenses   ☐ immigration offenses
☐ violent crimes/firearms   ☐ corporate fraud
☐ Other _____

**CUSTODY STATUS**

Defendant is **not in custody**:
a. Date and time of arrest on complaint: N/A
b. Posted bond at complaint level on: _____
   in the amount of $ _____
c. PSA supervision?  ☐ Yes  ☐ No
d. Is on bail or release from another district: _____

Defendant is **in custody**:
a. Place of incarceration:  ☐ State  ☐ Federal
b. Name of Institution: N/A
c. If Federal, U.S. Marshals Service Registration Number: N/A
d. ☐ Solely on this charge. Date and time of arrest: N/A
e. On another conviction:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  ☐ Writ of Issue
f. Awaiting trial on other charges:  ☐ Yes  ☐ No
   IF YES:  ☐ State  ☐ Federal  AND
   Name of Court: N/A
   Date transferred to federal custody: N/A

This person/proceeding is transferred from another district pursuant to F.R.Cr.P.  __20__  __21__  __40__

**EXCLUDABLE TIME**

Determinations as to excludable time prior to filing indictment/information. EXPLAIN: N/A
N/A
N/A

Date  12/18/2020

/s/
Signature of Assistant U.S. Attorney
Daniel G. Boyle
Print Name