# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - ARRAIGNMENT

Case Number: <u>2:20-CR-00625</u>     Recorder: <u>Miriam Baird</u>     Date: <u>01/25/2021</u>

Present: The Honorable <u>Paul L. Abrams</u>, U.S. Magistrate Judge

Court Clerk: <u>Christianna Howard</u>          Assistant U.S. Attorney: <u>Lynda Lao</u>

| United States of America v. | Attorney Present for Defendant(s) | Language | Interpreter |
|---|---|---|---|
| KYLE CONLEY<br>BOND-PRESENT | PETER SEBASTIAN<br>RETAINED | | |

**PROCEEDINGS: ARRAIGNMENT OF DEFENDANT(S) AND ASSIGNMENT OF CASE .**

Defendant is arraigned and states true name is the name on the charging document.

Defendant is given a copy of the Information acknowledges having been read or having received a copy of the Information and waives the reading thereof .

Waiver of Indictment submitted, accepted by the court and filed.

This case is assigned to the calendar of District Judge John A. Kronstadt.
Counsel are ordered to contact clerk regarding setting a date for guilty plea.

Counsel are directed to contact the Judge's CRD: Teresa Jackson at ( 213 ) 894-2156 to set dates for the guilty plea and all further proceedings.

First Appearance/Appointment of Counsel: <u>00 : 00</u>
PIA: <u>00 : 05</u>
Initials of Deputy Clerk: <u>CH by TRB</u>