UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES - GENERAL**

| Case No. | LA CR20-00625 JAK | Date | February 18, 2021 |
|---|---|---|---|

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Interpreter | |

| T. Jackson (video) | Lisa Gonzalez (video) | Daniel Boyle (video) |
|---|---|---|
| Deputy Clerk | Court Reporter/Recorder | Assistant U.S. Attorney |

| U.S.A. v. Defendant(s): | Present | Cust. | Bond | Attorneys for Defendants: | Present | App. | Ret. |
|---|---|---|---|---|---|---|---|
| Kyle Conley (video) | X | | X | Peter Sebastian (video) | X | | X |

**Proceedings:**   CHANGE OF PLEA

| | |
|---|---|
| X | Defendant moves to change his plea to an Information. |
| X | Defendant is sworn. |
| X | Defendant enters a new and different plea of GUILTY to Count 1. |
| X | The Court advises the defendant of his Constitutional rights and questions the defendant regarding the plea of GUILTY. The Court finds there is an independent factual basis for the plea and further finds the plea is made freely, intelligently and voluntarily, and with a full understanding of the nature of the charges, the consequences of the plea and of defendant's Constitutional rights. The Court accepts the plea and orders that the plea be entered. |
| X | The Court refers the defendant to the Probation Office for investigation and a complete report and the matter is continued to **June 3, 2021 at 8:30 a.m.** for sentencing. Sentencing position papers shall be filed **May 20, 2021**. Counsel shall contact the clerk if counsel do not intend to file sentencing position papers. |
| X | The Court vacates the pretrial conference and jury trial date for this defendant. |
| X | The Court, with the concurrence of the Government, allows the defendant to remain on bond and advises of the consequences of a violation of terms and conditions or a failure to appear. |
| X | Upon agreement of Defendant and counsel, the hearing is held by videoconference. Defendant, counsel, the Court, and court staff all appear in that manner. Recording or re-broadcasting of the proceedings is strictly prohibited. |

:  41

Initials of Deputy Clerk   TJ

cc: USPO